*IN THE UNITED STATES DISTRICT COURT FOR THE*
*MIDDLE DISTRICT OF ALABAMA*

RECEIVED
2007 SEP -5 A 9: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**FORM FOR USE IN APPLYING FOR RELIEF**
**(Civil Rights Litigation)**

Katrina D. Orum AIS 178226
Full name and prison number of plaintiff(s)

V

Civil Action No. 2:07cv799-MHT
(To be supplied by Clerk of U.S. District Court)

State of Alabama Department of Corrections
Name of defendant(s)

1. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?
YES ( ) NO (✓)

C. If you answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s):

2. Court (if federal court, name the district; if state court, name the county):

N/A

3. Docket number:

4. Name of judge to whom case was assigned:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

N/A

6. Approximate date of filing lawsuit: ______

7. Approximate date of disposition: ______

II. PLACE OF PRESENT CONFINEMENT: (WAS) J. B. EVANS Correctional Facility 500 Routh Street, Newellton, LA. 71357 - NOW 8476 U.S. Highway 231, Wetumpka, Ala 36092

PLACE OF INSTITUTION WHERE GRIEVANCE OCCURRED: ______

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

B. Did you present the fact relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES:

1. What steps did you take? ______

2. What are the results? ______

D. If your answer is NO, explain why not: I was Transferred to this private Facility, but I did Submit Several Complaints to my Classification Officer

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS Alabama Department of Corrections. 301 South Ripley Street, Montgomery, Alabama 36130

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED: June, 2nd, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

A. Denial of Earn Statutory "Good-Time Credits" - Violation of my Due process Rights of the Fifth and Fourteen Amendment.

B. "False Imprisonment" Being held beyond my Minimum-Release Date and I Didn't have but Delinquent-Time owe of 1-year 9-mos. 7-days and I have Served 16 1/2 mos on this, but my Earned Good-Time Credit has not been given.

C.

VI. STATE BRIEFLY (AND IN THE SAME ORDER) THE FACTS WHICH SUPPORT EACH OF THE GROUNDS SET OUT IN V. (State as best you can the time, place, manner And person involved.)

A. I've Earned Statutory "Good-Time" Credits for each minimum period As being A Class III, II, I prisoner, but has Not Shorten my Sentence "I've Earned Statutory Good-Time Credits of 750-days."

B. I was given 1-year 9-mos 7-days Dead-Time, which Consist as being my End of Sentence Date, also given Additional 5-mos 20-days. I was Sentence to a 15-year Sentence split to serve 3-years "I was given Credit on 4-25-06 for split 3-years.

C.

VII. STATE THE NAMES AND ADDRESS OF THE WITNESSES, IF ANY, WHO ACTUALLY OBSERVED THE VIOLATION OF WHICH YOU COMPLAIN AND WHOM YOU WOULD EXPECT TO USE AT A TRIAL OF THIS CAUSE:

A.

B.

C.

D.

E.

VIII. STATE BRIEFLY (AND IN THE SAME ORDER) THE TESTIMONY OF EACH WITNESS LISTED IN VII, ABOVE:

A. ______________________________

B. ______________________________

C. ______________________________

D. ______________________________

E. ______________________________

IX. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm Asking this Honorable court to Award me A damage Claim and Compensatory award for each day that I have been held past my release Date, and for Violating my due process rights, and mental and Emotional Stress because of this Ligitation process also.

Katrina Quinn
Signature of Plaintiff(s)

Natrina Unum # 1682 2-E-2
MCDF
P.O. Box 4599
Montgomery, Alabama 36103

MONTGOMERY, AL 361
SEP 4 2007

USA 41

INMATE MAIL

United States District Court
Court of Middle District
P.O. Box 711
Montgomery, Alabama
36101