# RESIDENT HISTORY REPORT



**Montgomery County Jail**
**08/29/07 10:19**
**ST 002 / OPR YR**

2007CV799-MHT

Booking Number : 7682
Resident Name : ORUM, KATRINA D
Time Frame : 01/01/2007 06:30 - 08/29/2007 10:19

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/20/2007 | 13:58 | Reopen | 4 | MR | D13154 | 0.00 | 0.00 |
| 08/21/2007 | 09:21 | Cashier-Cash | 6 | cobra | F1003 | 37.25 | 37.25 |
| 08/21/2007 | 09:21 | Rec Payment | 6 | cobra | F1004 | 14.90 | 22.35 |
| 08/23/2007 | 09:30 | Order | 2 | srmJS | B99995 | 22.35 | 0.00 |
| 08/24/2007 | 13:30 | Credit | 2 | JD | B100195 | 0.32 | 0.32 |
| 08/27/2007 | 11:18 | Rec Pymnt-Rev | 3 | yr | C145889 | 14.90 | 15.22 |