IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINE D. ORUM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:07cv799-MHT |
| | )                  (WO) |
| ALABAMA DEP'T OF CORRECTIONS, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 7, 2007 (doc. # 4), that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).  After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's complaint against the Alabama Department of Corrections be and is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. That the plaintiff's complaint challenging the validity of her continued confinement be and is hereby DISMISSED without prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

4.      That this case be and is hereby DISMISSED prior to service of process.

An appropriate judgment will be entered.

DONE, this the 26th day of September, 2007.

                                    /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE